IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MICHAEL BROOMER, | § | |
| | § | No. 562, 2016 |
| Defendant Below, | § | |
| Appellant, | § | Court Below: Superior Court of |
| | § | the State of Delaware |
| v. | § | |
| | § | ID No. 1504010863 (N) |
| STATE OF DELAWARE, | § | |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: November 14, 2017
Decided: November 28, 2017

Before **STRINE**, Chief Justice; **VALIHURA** and **VAUGHN**, Justices.

**O R D E R**

On this 28th day of November 2017, it appears that:

On October 16, 2017 this Court issued an order affirming the judgment of the Superior Court on all issues except a *Batson* issue. The *Batson* issue was remanded to the Superior Court for a complete *Batson* analysis. On November 14, 2017, this Court received the Superior Court's Opinion on Remand. After having considered the Opinion on Remand, this Court has determined that the Superior Court's *Batson* analysis is complete, supported by the evidence and free of legal error.

NOW, THEREFORE, IT IS ORDERED that the final judgment of the Superior Court be, and the same hereby is, AFFIRMED.

BY THE COURT:

/s/ James T. Vaughn, Jr.
Justice